STEWART *v.* SMITH *et al.*

LUMPKIN, J.   1.   Where, upon the trial of the issue formed by a protest to
the return of processioners who marked a disputed land-line, one con-
tention was that the line marked by the processioners was fixed by ad-
verse possession under the Civil Code, § 3248, which declares that "where
actual possession has been had, under a claim of right, for more than
seven years, such claim shall be respected, and the lines so marked as
*not to interfere with such possession,*" there was no error in re-
fusing to charge what constitutes constructive possession of land, in con-
nection with the law of prescription, as defined by the Civil Code, § 3586.
2.   When considered in connection with the entire charge, none of the ex-
cerpts therefrom on which errors were assigned were subject to the
criticisms made upon them, so as to require a new trial.
3.   The evidence was sufficient to support the verdict, and there was no
error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

NOVEMBER 18, 1910.

Processioning.   Before Judge Meadow.   Taliaferro superior court.
June 5, 1910.

*Hawes Cloud,* for plaintiff in error.   *S. H. Sibley,* contra.